# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS JESSE ESIPNOSA, | ) | No. CV 08-7280 GAF (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. CATE (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: November 4, 2009

_____
GARY A. FEESS
United States District Judge